AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

**UNITED STATES MARSHALS SERVICE**

Western District of Virginia

Date of Receipt: Sep 16, 2021

Time of Receipt: 15:23

Received By: _[signature]_

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 7:21CR31 |
| JOSHUA DELK | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Joshua Delk                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   18:922 (a)(6)& 924(a)(2)-False Material Statement to Licensed Firearm Dealer

Date:   09/16/2021                                                  _[signature]_ , Courtroom Deputy
                                                                                 *Issuing officer's signature*

City and state:   Roanoke, Virginia                                 Robert S. Ballou,  US Magistrate Judge
                                                                                 *Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/16/2021 , and the person was arrested on *(date)* 10/05/2021
at *(city and state)*   Roanoke, Virginia   .

Date:   10/05/2021                                                  CLIFFORD HELTON  Digitally signed by CLIFFORD HELTON
                                                                    Date: 2021.10.05 09:00:53 -04'00'
                                                                                 *Arresting officer's signature*

                                                                    Deputy United States Marshal C.Helton
                                                                                 *Printed name and title*